# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:23-cv-00107-MR

| | |
|---|---|
| WILLIAM AVERY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KILOLO KIJAKAZI, Acting ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | **ORDER OF REMAND** |

**THIS MATTER** is before the Court on the Defendant's Consent Motion for Remand. [Doc. 10].

Sentence four of 42 U.S.C. § 405(g) provides, in pertinent part, that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." The Defendant here has moved for reversal of the decision below and for a remand of this case for further administrative proceedings. [Doc. 10]. The Plaintiff consents to the Defendant's Motion. [Id.]. For the reasons stated in the Defendant's motion, and in light of the Plaintiff's

consent, the Court finds that remand is appropriate. See <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

**IT IS, THEREFORE, ORDERED** that the Defendant's Consent Motion for Remand [Doc. 10] is **GRANTED**.

**IT IS FURTHER ORDERED** that, pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), the decision of the Commissioner of Social Security is hereby **REVERSED**, and this case is hereby **REMANDED** for further administrative proceedings, consistent with this Order.

The Clerk of Court shall enter a separate Judgment of Remand simultaneously herewith, thereby closing the case.

**IT IS SO ORDERED.**

Signed: August 29, 2023

Martin Reidinger
Chief United States District Judge